IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RICHARD M. HARTIG and BRIDGET HARTIG, husband and wife.**

          **Plaintiffs,**

vs.                                       **CASE NO. 3:02cv170/RV**

**BAYER CORPORATION, MILES LABORATORIES, a Division of Bayer Corporation, CHATTEM, INC., and ECKERD CORPORATION,**

          **Defendants.**
_____/

## SUPPLEMENTAL ORDER

On October 4, 2005, I entered an order dismissing the plaintiffs' entire complaint against all the defendants in this action. However, I have subsequently discovered that while this case was pending in the Multi-District Litigation ("MDL") transferee court, the transferee court ordered a stay of all claims in which Chattem Inc. is the defendant and premised on its sale of Dexatrim. Consistent with the transferee court's order to stay the claims against Chattem, Inc., the transferee court did not remand the plaintiffs' claim with respect to Chattem, Inc. back to this court. Rather, the case was only remanded with respect to the other defendants - - - Bayer Corporation, Miles Laboratories, and Eckerd Corporation. Thus, to the extent my prior Order of October 4, 2005, dismissed the complaint against Chattem, Inc., it is hereby rescinded and set aside.

Also, with respect to the defendants other than Chattem, Inc., the plaintiffs' complaint is dismissed as provided in my prior Order, but the dismissal shall be <u>without</u> prejudice, regardless of whether an amended complaint is filed within fourteen days.

DONE and ORDERED this 12th day of October, 2005.

*/s/ Roger Vinson*
**ROGER VINSON**
**Senior United States District Judge**